IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN EDWARD BEAN, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| BUREAU OF PRISONS, | ) ) |
| Respondent. | ) Civil Action No. 3:19-CV-0820-C-BK |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Petitioner John Edward Bean's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 should be summarily dismissed without prejudice as premature. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is hereby **DISMISSED** without prejudice as premature.

SO ORDERED this 25th day of April, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE